IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: } | |
| } | |
| FENDERSON, SHANA S. } | CASE NO: 08-32247-DHW |
| SSN xxx-xx-2161 } | |
| } | CHAPTER: 13 |
| } | |
| Debtor. } | |

## NOTICE OF FILING AFFIDAVIT OF NATIONSTAR MORTGAGE

COMES NOW, NATIONSTAR MORTGAGE, by and through its undersigned counsel of Sirote & Permutt, P.C., and hereby makes notice of the filing of the attached Affidavit in support of said Creditor's Motion for Relief from Automatic Stay.

Respectfully submitted,

/S/ Susannah R. Walker (WAL-158)
Susannah R. Walker (WAL-158)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
205-930-5424/ fax 205-930-5101
swalker@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of September, 2009, a copy of the foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U. S. Mail, properly addressed and first-class postage prepaid, to:

Richard D Shinbaum
P O Box 201
Montgomery, AL 36101

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

/S/ Susannah R. Walker (WAL-158)
OF COUNSEL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| IN RE: § § § § § § § § § § § SHANA S. FENDERSON AKA SHANA S. OLIVER AKA SHANA S. PORTIS AK DEBTOR NATIONSTAR MORTGAGE MOVANT VS SHANA S. FENDERSON AKA SHANA S. OLIVER AKA SHANA S. PORTIS AK AND CURTIS C. REDING, TRUSTEE RESPONDENTS | CASE NO. 08-32247-DHW CHAPTER 13 |

## AFFIDAVIT OF MATTHEW BARRETT
## IN SUPPORT OF MOTION FOR RELIEF

I, Matthew Barrett, hereby state the following:

1. I am a duly authorized representative of Nationstar Mortgage ("Nationstar") and its successors and/or assigns, and hereby make this Affidavit in such capacity.

2. Nationstar Mortgage is a corporation organized under the laws of the State of Delaware, and is authorized to sue on its own behalf.

3. I am a custodian of records for Nationstar, as servicing agent for Nationstar Mortgage ("Nationstar"). In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

4. I have reviewed the books and records which reveal that Nationstar is the owner and holder of the following Note secured by Deed of Trust of even date therewith covering certain real property located at 517 Hollow Wood Road, Montgomery, Alabama 36109, and more particularly described in the Deed of Trust. True and correct copies of the Note and Deed of Trust will be furnished to any interested party who requests same in writing from Movant's attorney.

    a. Note and/or Deed of Trust Number xxxxxx3554, in the original principal amount of

$81,000.00, dated May 24, 2006 and/or Deed of Trust was executed by Original Mortgagor Shana Mullins to Homecomings Financial Network. Said Note was subsequently assigned, transferred or acquired.

b. Debtor is in default on his/her obligations to Nationstar in that Debtor has failed to make his/her installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

c. As of August 11, 2009, the total indebtedness was $79,585.77. Debtor is due on 3 contractual payments (June 2009 at $651.44, July 2009 at $651.44, August 2009 at $651.44), totaling $1,954.32. The amount of the current monthly mortgage installment payment is $651.44, and the monthly late charge is $651.44.

d. According to the debtors' schedules the value of the collateral is $81700.00.

5. By failing to make the regular monthly installment payments due pursuant to the Note and/or Deed of Trust, Debtor has not provided adequate protection to Nationstar.

6. Nationstar has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of the Note and/or Deed of Trust.

The foregoing facts are of my own personal knowledge and belief, and if called upon to appear as a witness, I could, and would, testify competently thereto. I declare under penalty of perjury that to the best of my knowledge, the foregoing facts are true and correct.

Nationstar Mortgage
By: _____
Print Name: Matthew Barrett
A Duly Authorized Representative

08-32247-DHW

SUBSCRIBED AND SWORN TO before me by Matthew Barrett on this the 13th day of August, 2009, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of TX

ANGILIA WALLACE
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-05-2010

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY-

## CERTIFICATE OF SERVICE

I, Kent McPhail, hereby certify that a true and correct copy of the foregoing Affidavit in Support of Motion for Relief from Stay of Act Against Property has been served upon the following parties in interest by pre-paid regular U.S. Mail on the ___ day of _____ 200_:

Debtor's Attorney
Richard D. Shinbaum
Shinbaum, Mcleod & Campbell
P.O. Box 201
Montgomery, AL 36101

Debtor
Shana S. Fenderson
aka Shana S. Oliver
aka Shana S. Portis
ak
7461 Jenins Lane
Montgomery, Alabama 36116

US Trustee
Teresa R. Jacobs
One Church Street
Montgomery, Alabama 36104

Chapter 13 Trustee
Curtis C. Reding
Post Office Box 173
Montgomery, Alabama 36101-0173

Kent McPhail

8575-N-0473