IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE: | } | CASE NO: 08-32247-DHW |
|---|---|---|
| Fenderson, Shana S. | } | CHAPTER: 13 |
| Debtor(s) | } | |
| Soc.Sec.No(s).: xxx-xx-2161 | } | |

## RESPONSE TO DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY NATIONSTAR MORTGAGE

Comes now NATIONSTAR MORTGAGE, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and replies to the Debtor's Objection to Creditor's Motion for Relief and in support thereof, Creditor avers as follows:

1. The Motion for Relief filed on September 14, 2009 alleges a post-petition default on a mortgage on the property commonly referred to as 517 Hollow Wood Road, Montgomery, AL 36109. This address does not appear to be the Debtor's homestead.

2. Monthly payments on this loan are currently $651.44.

3. The monthly payments the Debtor alleges to have made in the Response to the Motion for Relief appear to be monthly payments on an unrelated mortgage. Debtor states that monthly payments have been tendered of over $2,600 per month since the case was filed.

4. The Debtor lists three separate pieces of properties and mortgages in the Chapter 13 plan.

5. Creditor has attached a copy of the post-petition pay history to Nationstar Mortgage.

6. Creditor requests proof of any payments that have been tendered by Debtor that are not credited in the attached pay history.

Respectfully submitted,

/s/ Susannah R. Walker
Susannah R. Walker (WAL-158)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
205-930-5424/ fax 205-930-5101
swalker@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing was mailed, first class postage prepaid or served via electronic case management to:

| Richard D Shinbaum | Shana S. Fenderson | Curtis C. Reding |
| P O Box 201 | 7461 Jenkins Lane | P.O. Box 173 |
| Montgomery, AL 36101 | Montgomery, AL 36116 | Montgomery, AL 36101 |

On this the 6 day of Oct, 2009.

/s/ Susannah R. Walker
OF COUNSEL

PAYMENTS RECEIVED

| | |
|---|---|
| Creditor: | Nationstar Mortgage |
| Debtor: | Shana S. Penderson |
| Case No.: | 08-32247-DHW |
| Loan No.: | xxxxxx3554 |
| Our File No.: | |
| Collateral: | 517 Hollow Wood Road<br>Montgomery, Alabama 36109 |

Loan status

On-going mortgage payments scheduled to be paid

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| November 1, 2008 | ($0.00) | November 1, 2008 | $651.44 | ($0.00) | ($651.44) |
| December 29, 2008 | $670.00 | December 1, 2008 | $651.44 | ($0.00) | $18.56 |
| January 31, 2009 | ($0.00) | January 1, 2009 | $651.44 | ($0.00) | ($651.44) |
| February 24, 2009 | $1,310.38 | | ($0.00) | ($0.00) | $1,310.38 |
| March 23, 2009 | $658.94 | | ($0.00) | ($0.00) | $658.94 |
| April 16, 2009 | $658.94 | April 1, 2009 | $651.44 | ($0.00) | $7.50 |
| May 1, 2009 | ($0.00) | May 1, 2009 | $651.44 | ($0.00) | ($651.44) |
| June 1, 2009 | ($0.00) | June 1, 2009 | $651.44 | ($0.00) | ($651.44) |
| July 13, 2009 | $1,310.38 | July 1, 2009 | $651.44 | ($0.00) | $658.94 |
| August 10, 2009 | $500.00 | August 1, 2009 | $651.44 | ($0.00) | ($151.44) |
| TOTALS | $5,760.08 | | $6,514.40 | ($0.00) | ($754.32) |

PAYLOG  1