IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| FENDERSON, SHANA S., | } | CASE NO: 08-32247-DHW |
| SSN xxx-xx-2161, | } | |
|    Debtor. | } | CHAPTER: 13 |
| | } | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY NATIONSTAR MORTGAGE

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by NATIONSTAR MORTGAGE (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Chapter 13 plan is hereby amended to provide for a fixed payment and add the post-petition mortgage payments through September, 2009 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The Creditor shall file a claim for that amount.

   | | |
   |---|---|
   | 3 payments @ $651.44 for 07/09 through 09/09: | $1,954.32 |
   | Attorney Fees and Costs: | $ 650.00 |
   | Less Partial Payment: | ($ 7.50) |
   | Total: | $2,596.82 |

2. The Creditor shall file an amended pre-petition and post-petition claim for **TOTAL ARREARAGE** of $2,596.82.
3. The Chapter 13 plan payments are hereby increased to $362.00 bi-weekly.
4. The fixed payments to the Creditor are increased to $57.00 per month.
5. The Motion for Relief from Stay filed by NATIONSTAR MORTGAGE is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning October, 2009, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

Done this the 13th day of November, 2009.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

Prepared by:
SUSANNAH WALKER, Esquire
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5424

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.