UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                                       Case No. 08–32247
                                                                            Chapter 13
Shana S. Fenderson

    Debtor

**ORDER**

This case is before the court on the following matter:

*60* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation to surrender property located at 517 Hollow Wood presently mortgaged to Nationstar Filed by Richard D. Shinbaum on behalf of Shana S. Fenderson. Responses due by 03/1/2010. (Attachments: # (1) Main Document Amended plan) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 2nd day of March, 2010.

                                      /s/ Dwight H. Williams Jr.
                                      United States Bankruptcy Judge