**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

SHANA S FENDERSON
SSAN:  SSAN:  XXX-XX-2161

Case No. 08-32247-DHW
Chapter 13

Debtor(s)

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE WITHOUT FURTHER NOTICE OR HEARING UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OR OBJECTION.**

---

<u>**TRUSTEE'S OBJECTION TO CLAIM**</u>

COMES NOW, the Trustee in the above styled case, and objects to Court Claim #9 of Nationstar Mortgage.  As grounds, the Trustee states as follows:

By previous order, this Honorable Court granted relief from stay in favor of the above creditor.  The Trustee wrote to the creditor requesting that the creditor amend its claim to reflect any proceeds realized upon disposition of the collateral.  There has been no response to the Trustee's written request.  The Trustee contends that a purpose would be served with the granting of this objection to claim.

WHEREFORE, the above premises considered, the Trustee objects to this claim and moves this Honorable Court to reduce the claim to the amount paid with a balance of zero and with leave to amend its claim to reflect any deficiciency.

Respectfully submitted this  Wednesday, 14 July, 2010.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:  (334)262-8371
Fax: (334)262-8599
email:  Ch13Trustee@ch13mdal.com

By: /s/ *Curtis C. Reding*
Curtis C. Reding
Chapter 13 Trustee

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Nationstar Mortgage on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  Wednesday, 14 July, 2010.

Copy to:  DEBTOR(S)
NATIONSTAR MORTGAGE
RICHARD D SHINBAUM
SUSANNAH R. WALKER

/s/ Curtis C. Reding

Curtis C. Reding
Chapter 13 Trustee